2

**Timothy C. Springer, Esq.** #207229
Nancy D. Klepac, Esq. #253896
LAW OFFICES OF TIMOTHY C. SPRINGER
4905 N. West, Suite 102
Fresno, CA 93705
Telephone: (559) 225-3622
Facsimile:  (559) 225-3459

Attorney for Debtor(s),

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| In re | Case No. 20-10859-B-13 |
| KEITH RAYMOND CASH<br>GERALDINE LEE CASH | Docket Control No: TCS-1 |
|               Debtors. | CHAPTER  13 |
| v. | Hearing Date: June 10, 2020<br>Time:  9:30 A.M.<br>Dept: B |
| CAPITAL ONE AUTO FINANCE | Crtm.: 13 (5th floor)<br>United States Bankruptcy Court<br>2500 Tulare Street<br>Fresno, California 93721-1318<br>Judge:  Rene' Lastreto II |

**MOTION TO VALUE COLLATERAL**

Comes now the Debtors, Keith and Geraldine Cash, by counsel, and alleges as follows:
This motion is filed under 11 U.S.C. § 506 to obtain an Order fixing the value of collateral held
by creditor.

1.  The Debtors are the owners of a 2014 Honda Accord LX with 75,506 miles, (hereinafter,

the "vehicle")

2.  The vehicle is subject to a lien held by Capital One Auto Finance, (hereinafter the

"creditor") in the approximate amount of $12,741.17. See Proof of Claim No. 5.

3.  The current value of the 2014 Honda accord LX is $10,236.00.

4. The Debtors purchased the vehicle July 25, 2017, which was 1,016 days ago; more than 910 days prior to the day they filed bankruptcy. See EXHIBIT A for a true and correct copy of the purchase information from Proof of Claim No. 5

5. Debtor filed a Chapter 13 Plan in which the creditor receives the current fair market value of the collateral.

6. The current fair market value of the collateral for the purpose of 11 U.S.C. 506 and 11 U.S.C. 1322 (b) is $10,236.00, based upon the debtors' opinion.

7. Debtors declared this to be the amount on their Schedule B at the time of filing the petition. A true copy of Debtor's Schedule B is attached as EXHIBIT B.

8. Their valuation is based upon the fact that the vehicle is approximately 6 years old; at the time of filing, the vehicle had 75,506 miles on it; and the interior has 6 years of normal wear and tear.

9. The Kelly Bluebook Valuation dated on May 5, 2020 also values the vehicle at $10,236.00. A true copy of the Kelly Blue Book Valuation is attached as EXHIBIT C.

WHEREFORE, the debtor prays that the Court enter its order determining the value of the collateral and fixing the creditor's secured claim at the value of $10,236.00. The remainder, (if any), will be paid as general unsecured.

Respectfully submitted,

Dated: May 5, 2020

TIMOTHY C. SPRINGER,
Attorney for Debtors

Motion to Value Collateral 2