**Timothy C. Springer, Esq**. #207229
Nancy D. Klepac, Esq. #253896
LAW OFFICES OF TIMOTHY C. SPRINGER
4905 N. West, Suite 102
Fresno, CA 93705
Telephone: (559) 225-3622
Facsimile:　(559) 225-3459
Attorney for Debtor(s)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| In re<br><br>KEITH RAYMOND CASH<br>GERALDINE LEE CASH<br><br>　　　　　Debtor(s).<br><br>v.<br><br>CAPITAL ONE AUTO FINANCE | Case No. 20-10859-B-13<br>Docket Control No: TCS-1<br>CHAPTER 13<br><br>Hearing Date: June 10, 2020<br>Time:  9:30 A.M.<br>Dept: B<br>Crtm.: 13 (5th floor)<br>United States Bankruptcy Court<br>2500 Tulare Street<br>Fresno, California 93721-1318<br>Judge:  Rene' Lastreto II |
|---|---|

**NOTICE TO: CAPITAL ONE AUTO FINANCE AND ALL OTHER INTERESTED PARTIES:**

　　　**YOU ARE HEREBY NOTIFIED** that Debtors, Keith and Geraldine Cash, have filed a motion seeking to value Collateral under 11 U.S.C. § 506 (f).  Debtors will move the court to approve this motion at the above date and time, or as soon thereafter as the matter may be heard, in Department "B" of the above entitled court, located at the U.S. Courthouse, 2500 Tulare Street, Courtroom 13, 5th Floor, Fresno, California 93721. The Motion is based upon this Notice of Hearing, the accompanying MOTION TO VALUE COLLATERAL , upon such other and further papers and evidence as the Debtors may submit to the Court prior to and/or, as the Court may permit at the hearing of the Motion.

NOTICE OF MOTION TO VALUE COLLATERAL  -  1

Filed 05/07/20 — Case 20-10859 — Doc 17

**YOU ARE HEREBY NOTIFIED** that pursuant to Local Rule of Bankruptcy Practice 9014(f)(1), opposition, if any, to the Court granting this Motion, shall be in writing and shall be served and filed with the Clerk by the Responding Party not less than Fourteen Calendar Days (14) preceding the date or continued date of the hearing. Opposition shall be accompanied by evidence establishing its factual allegations. Without good cause, no party shall be heard in opposition to the motion at oral argument if written opposition to the motion has not been timely filed. Failure of the responding party to timely file written opposition may be deemed a waiver of any opposition to the granting of the Motion without further argument, or may result in the imposition of sanctions.

**PLEASE TAKE FURTHER NOTICE** that parties can determine whether the matter has been resolved without oral argument or whether the court has issued a tentative ruling, and can view any pre-hearing dispositions by checking the Court's website at www.caeb.uscourts.gov after 4:00 P.M. the day before the hearing, and that parties appearing telephonically must view the pre-hearing dispositions prior to the hearing.

Date: May 5, 2020

Law Offices of Timothy C. Springer

_____
by Timothy C. Springer
Attorney for Debtors