Timothy C. Springer, Esq. #207229
Nancy D. Klepac, Esq. #253896
LAW OFFICES OF TIMOTHY C. SPRINGER
4905 N. West, Suite 102
Fresno, CA 93705
Telephone: (559) 225-3622
Facsimile: (559) 225-3459

Attorney for Debtor(s),

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| In re | Case No. 20-10859-B-13 |
|---|---|
| KEITH RAYMOND CASH<br>GERALDINE LEE CASH | Docket Control No: TCS-1 |
| | CHAPTER 13 |
| Debtor(s). | Hearing Date: June 10, 2020<br>Time: 9:30 A.M.<br>Dept: B |
| v. | Crtm.: 13 (5th floor)<br>United States Bankruptcy Court |
| CAPITAL ONE AUTO FINANCE | 2500 Tulare Street<br>Fresno, California 93721-1318<br>Judge: Rene' Lastreto II |

**DECLARATION IN SUPPORT OF MOTION TO VALUE COLLATERAL**

I, Geraldine Cash, declare:

1. My husband and I are the Debtors in the above-referenced case.

2. We are the owners of a 2014 Honda Accord LX with 75,506 miles.

3. We purchased the vehicle in July of 2017, which is more than 910 days prior to the day we filed bankruptcy.

4. The current value of the 2014 Honda accord LX is $10,236.00

5. My opinion of the value is based on the age and condition of the vehicle and by the KBB printout filed herewith as Exhibit A.

6. My valuation is based on the following facts:

DECLARATION - 1

a. The vehicle is approximately 6 years old.

b. At the time of filing, the vehicle had 75,506 miles on it. The mileage has increased since then,

c. The interior has 6 years of normal wear and tear.

7. Based on the current condition of the vehicle, I do not believe that it could be valued at more than $10,236.00 and believe that anyone trying to sell it would be unlikely to get that much for it.

I declare under penalty of perjury that the foregoing is true and correct, except as to those matters stated on information and belief, and as to those matters I believe them to be true.

Dated: May 5, 2020

_____
Geraldine Cash (Debtor)