Timothy C. Springer, Esq. #207229
**Nancy D. Klepac, Esq. #253896**
LAW OFFICES OF TIMOTHY C. SPRINGER
4905 N. West, Suite 102
Fresno, CA 93705
Telephone: (559) 225-3622
Facsimile:  (559) 225-3459
**Attorney for Debtor**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| In the Matter of:<br><br>KEITH RAYMOND CASH<br>GERALDINE LEE CASH<br><br>Debtors. | Case No. 20-10859-B-13<br>DCN: TCS-1<br>CHAPTER 13<br><br>Hearing date and Time:<br>Date:  June 10, 2020<br>Time:  9:30 AM<br>Dept:  B<br>Ctrm: 13(5th Floor)<br>United States Bankruptcy Court<br>2500 Tulare Street<br>Fresno, California 93721-1318<br>Judge Rene' Lastreto |

## EXHIBITS

| | | |
|---|---|---|
| Exhibit A: | Proof of Claim 5 | Pg. 2 – 4 |
| Exhibit B: | Relevant page of Schedule B | Pg. 5 |
| Exhibit C: | KBB Valuation | Pg. 6 |

Exhibits - 1

**Fill in this information to identify the case:**

Debtor 1  Keith Cash
Debtor 2  Geraldine Cash
(Spouse, if filing)
United States Bankruptcy Court  Eastern District of California
Case number: 20-10859

FILED
U.S. Bankruptcy Court
Eastern District of California
4/14/2020
Wayne Blackwelder, Clerk

# Official Form 410
## Proof of Claim

04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents**; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

### Part 1: Identify the Claim

**1. Who is the current creditor?**
Capital One Auto Finance, a division of Capital One, N.A.
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor

**2. Has this claim been acquired from someone else?**
☑ No
☐ Yes. From whom?

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?
Capital One Auto Finance, a division of Capital One, N.A.
Name
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Contact phone (817) 277-2011
Contact email ecfnotices@ascensioncapitalgroup.com

Where should payments to the creditor be sent? (if different)
Capital One Auto Finance, a division of Capital One, N.A. c/o AIS Portfolio Services, LP
Name
P.O. Box 4360

Houston, TX 77210

Contact phone (817) 277-2011
Contact email

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

**4. Does this claim amend one already filed?**
☑ No
☐ Yes. Claim number on court claims registry (if known) _____ Filed on _____
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☑ No
☐ Yes. Who made the earlier filing?

Official Form 410                                    Proof of Claim                                    page 1



EXHIBIT A

**Part 2:** Give Information About the Claim as of the Date the Case Was Filed

| | | |
|---|---|---|
| 6. Do you have any number you use to identify the debtor? | ☐ No<br>☒ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: | 0260 |
| 7. How much is the claim? | $ 12,741.17 | Does this amount include interest or other charges?<br>☐ No<br>☒ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| 8. What is the basis of the claim? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br>Limit disclosing information that is entitled to privacy, such as healthcare information.<br>Car Loan | |
| 9. Is all or part of the claim secured? | ☐ No<br>☒ Yes. The claim is secured by a lien on property.<br>**Nature of property:**<br>☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410–A) with this *Proof of Claim*.<br>☒ Motor vehicle<br>☐ Other. Describe: 2014 HONDA Accord Sedan 4D LX I4<br><br>**Basis for perfection:** Contract and/or Title<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>Value of property: $ 12,980.00<br>Amount of the claim that is secured: $ 12,741.17<br>Amount of the claim that is unsecured: $ _____ (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>Amount necessary to cure any default as of the date of the petition: $ 398.85<br><br>Annual Interest Rate (when case was filed) 12.990 %<br>☒ Fixed<br>☐ Variable | |
| 10. Is this claim based on a lease? | ☒ No<br>☐ Yes. Amount necessary to cure any default as of the date of the petition. $ _____ | |
| 11. Is this claim subject to a right of setoff? | ☒ No<br>☐ Yes. Identify the property: _____ | |

Official Form 410  Proof of Claim  page 2


EXHIBIT A

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ No<br>☐ Yes. Check all that apply: | Amount entitled to priority |
|---|---|---|
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ |
| | ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ |
| | ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(_) that applies | $ |
| | * Amounts are subject to adjustment on 4/1/22 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157 and 3571.**

Check the appropriate box:

☐ I am the creditor.
☑ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   4/14/2020
                   MM / DD / YYYY

/s/ Ambrish Patel
Signature

Print the name of the person who is completing and signing this claim:

Name          Ambrish Patel
              First name   Middle name   Last name

Title         Claims Processor

Company       AIS Portfolio Services, LP
              Identify the corporate servicer as the company if the authorized agent is a servicer

Address       4515 N Santa Fe Ave. Dept. APS
              Number   Street
              Oklahoma,, OK 73118
              City   State   ZIP Code

Contact phone  (888)-455-6662        Email   ecfnotices@ascensioncapitalgroup.com

Official Form 410                    Proof of Claim                          page 3


EXHIBIT A

Pg 4

| Fill in this information to identify your case and this filing: | | |
|---|---|---|
| Debtor 1 | Keith Raymond Cash | |
| | First Name / Middle Name / Last Name | |
| Debtor 2 (Spouse, if filing) | Geraldine Lee Cash | |
| | First Name / Middle Name / Last Name | |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF CALIFORNIA | |
| Case number | 20-10859 | ☐ Check if this is an amended filing |

## Official Form 106A/B
# Schedule A/B: Property 12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

   ■ No. Go to Part 2.
   ☐ Yes. Where is the property?

**Part 2: Describe Your Vehicles**

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases*.

3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

   ☐ No
   ■ Yes

   3.1 Make: **Honda**
   Model: **Accord LX**
   Year: **2014**
   Approximate mileage: **75506**
   Other information:
   Location: 2854 N. Monroe Ave., Fresno CA 93723

   Who has an interest in the property? Check one
   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ■ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   ■ Check if this is community property (see instructions)

   Current value of the entire property? **$12,980.00**
   Current value of the portion you own? **$12,980.00**

   3.2 Make: **Dodge**
   Model: **Ram 1500 SLT**
   Year: **2005**
   Approximate mileage: **150,000**
   Other information:
   Location: 2854 N. Monroe Ave., Fresno CA 93723
   Quad Cab 4x4

   Who has an interest in the property? Check one
   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ■ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   ■ Check if this is community property (see instructions)

   Current value of the entire property? **$6,702.00**
   Current value of the portion you own? **$6,702.00**

**Filed 05/07/20**     **Case 20-10859**     **Doc 19**



# 2014 Honda Accord Pricing Report



**Style:** LX Sedan 4D
**Mileage:** 75,506

## Sell To Private Party

Private Party Range
**$9,534 - $10,937**
Private Party Value
**$10,236**



## Vehicle Highlights

Fuel Economy:
City 27/Hwy 36/Comb 30 MPG

Max Seating: 5

Doors: 4

Engine: 4-Cyl, i-VTEC, 2.4 Liter

Drivetrain: FWD

Transmission: Auto, CVT w/Sport Mode

EPA Class: Midsize Cars

Body Style: Sedan

Country of Origin: Japan

Country of Assembly: United States

Valid for ZIP Code 93723 through 05/05/2020

## Your Configured Options

Our pre-selected options, based on typical equipment for this car.

✓ Options that you added while configuring this car.

### Engine
4-Cyl, i-VTEC, 2.4 Liter

### Transmission
Auto, CVT w/Sport Mode

### Drivetrain
FWD

### Braking and Traction
Hill Start Assist Control
Traction Control
Stability Control
ABS (4-Wheel)

### Comfort and Convenience
Anti-Theft System
Keyless Entry
Air Conditioning
Power Windows
Power Door Locks
Cruise Control

### Steering
Power Steering
Tilt & Telescoping Wheel

### Entertainment and Instrumentation
AM/FM Stereo
CD/MP3 (Single Disc)
Bluetooth Wireless

### Safety and Security
Backup Camera
Dual Air Bags
Side Air Bags
F&R Head Curtain Air Bags

### Lighting
Daytime Running Lights

### Wheels and Tires
Alloy Wheels

### Exterior Color
✓ Silver

EXHIBIT C

pg 1